UNITED STATES OF AMERICA
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23CR00011 SNLJ |
| | ) | |
| TYSHION DAVANTAE ALSTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Dismiss the Indictment, filed May 1, 2023 [Doc. 30]. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Abbie Crites-Leoni, who filed a Report and Recommendation on August 26, 2023 [Doc. 36]. Defendant Alston submitted objections thereto on September 11, 2023 [Doc. 38].

The Magistrate Judge recommends that the Court deny Defendant's motion. After de novo review of this matter, this Court adopts the Magistrate Judge's Report and Recommendation.

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 36], filed August 26, 2023, be and is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss the Indictment [Doc. 30] is **DENIED**.

Dated this 13th day of September, 2023.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE